UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| KAREN HUSKEY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) | No. 3:20-CV-383-DCLC-HBG |
| C.R. BARD, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion for Leave to Withdraw as Counsel. [Doc. 40] Plaintiff moves the Court to enter an order allowing attorneys McDowell and Przybysz to withdraw from this matter. Attorneys Leniski and Schulte will remain as counsel for Plaintiff.

Because continuity of counsel is ensured, the Court finds the Motion **[Doc. 40]** well taken, and it is **GRANTED**. *See also* E.D. Tenn. L.R. 83.4(f) ("Where a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of withdrawal."). Attorneys McDowell and Przybysz are **RELIEVED** of their duties as counsel in this matter, and Attorneys Leniski and Schulte are hereby **SUBSTITUTED** as counsel of record for Plaintiffs.

**IT IS SO ORDERED.**

ENTER:

Bruce Guyton
United States Magistrate Judge